```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DORAL CITY INVESTMENTS, INC.,                                           :
                                                                        :
                                Plaintiff,                              :
                                                                        :         22-CV-2856 (JMF)
                -v-                                                     :
                                                                        :         ORDER
MT. HAWLEY INSURANCE CO.,                                               :
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Fact discovery in this case is now closed. The expert discovery deadline remains **October 23, 2022**, and will not be extended. Plaintiff has **two weeks** to cure all outstanding fact discovery issues. No further discovery requests are allowed, unless they arise out of discovery produced during the next two weeks. Plaintiff's failure to cure their discovery issues will result in sanctions, up to and including dismissal of the case and the imposition of attorney's fees.

- Plaintiff must respond to Defendant's outstanding settlement offer by **September 13, 2022**. By **September 15, 2022**, Plaintiff's counsel shall send a letter to the Court on behalf of both parties, confirming that Plaintiff responded to the settlement offer and whether referral to a magistrate judge for settlement or the Court-annexed mediation program would be helpful.

- By **October 23, 2022**, the parties shall send a joint letter to the Court indicating which party, if any, plans to move for summary judgment, and, as appropriate, a proposed briefing schedule.

- If both sides intend to move for summary judgment, the parties shall propose a briefing schedule that minimizes the number and page lengths of briefs — that is, where one side files an initial motion; the other side files a cross-motion, supported by a single, consolidated memorandum of law in support of the cross motion and in opposition to the initial motion; the initial moving party files a single, consolidated memorandum of law in reply and in opposition to the cross-motion; and the cross-moving party files a reply.

In light of this morning's conference, the pretrial conference currently scheduled for September

2

14, 2022, is CANCELED.

    SO ORDERED.

Dated: September 8, 2022  
       New York, New York                      JESSE M. FURMAN  
                                           United States District Judge